**The order below is signed with the clarification that the order does not permit the movant to sue the debtor to obtain a monetary judgment against the debtor or otherwise to seek to enforce the obligation as a personal obligation of the debtor (but the order does permit the debtor to be sued in an eviction proceeding).**

Dated: July 30, 2013.



_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>TRINITY LOVELL JENNINGS<br>Aka Trinity Lovell Ward<br>Aka Lovell Awkward<br><br>Debtor(s). | Chapter 7<br><br>Case No.  13-00401 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay filed herein by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 ("Movant"), and there being no response or objection by the Debtor or the Chapter 7 Trustee, it is hereby,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the Deed of Trust, Promissory Note, and state law, including but not limited to the initiation of foreclosure

2

proceedings against the real property known as 1080 Wisconsin Ave, NW Washington D.C. 20007, and to allow the successful purchaser to obtain possession of same; and is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be reimposed as to Debtor's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

| | |
|---|---|
| Jordan B. Segal<br>9409 Philadelphia Road<br>Baltimore, Maryland 21237<br>*Counsel for Movant* | Wendell W. Webster<br>Webster, Fredrickson, Correia & Puth<br>1775 K Street, NW<br>Suite 600<br>Washington, DC 20006<br>*Chapter 7 Trustee* |
| Kevin D. Judd<br>601 Pennsylvania Avenue, NW<br>Suite 900 - South Building<br>Washington, DC 20004<br>*Counsel for Debtor* | Trinity Lovell Jennings<br>1080 Wisconsin Ave., NW, #204<br>Washington, DC 20007<br>*Debtor* |

**END OF ORDER**