The order below is hereby signed.

Signed: August 7 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>TRINITY LOVELL JENNINGS<br>*aka* TRINITY LOVELL WARD<br>*aka* LOVELL AWKWARD<br><br>Debtor | Case No. 13-00401-SMT<br>(Chapter 7) |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4<br><br>Plaintiff<br><br>v.<br><br>TRINITY LOVELL JENNINGS<br>*aka* TRINITY LOVELL WARD<br>*aka* LOVELL AWKWARD, and<br>WENDELL W. WEBSTER, Trustee<br><br>Defendants | |

## ORDER TERMINATING AUTOMATIC STAY

Renee Dyson, Bar #488740
rdyson@atlanticlawgrp.com
Kristen J. Misleh, Bar #982949
kmisleh@atlanticlawgrp.com
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
532242

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion") filed by U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4 ("U.S. Bank"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED,** that the Automatic Stay is terminated allowing U.S. Bank, its successors and assigns to exercise its rights under applicable law against the Debtor's Property known as

LOT NUMBERED SEVENTEEN (17), IN BLOCK LETTERED "E-E", IN THE SUBDIVISION KNOWN A "SECTION ONE, MARLTON", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND, IN PLAT BOOK WWW 58, AT PLAT 42. BEING IN THE 15TH ELECTION DISTRICT OF SAID COUNTY.  IMPROVEMENTS THEREON KNOWN AS: 11705 CHEVIOT COURT, UPPER MARLBORO, MARYLAND 20772.BEING THE SAME PROPERTY DESCRIBED IN LIBER 10544, FOLIO 714.

with the address of 11705 Cheviot Court, Upper Marlboro, MD 20772-4902 ("Property"), which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Date:_____                                BY THE COURT:

                                                                                    _____
                                                                                    S. Martin Teel, Jr
                                                                                    U.S. Bankruptcy Court Judge

Copies to:

Renee  Dyson, Esquire
Kristen J. Misleh, Esquire
Attorneys for Plaintiff
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177

Trinity Lovell Jennings
1080 Wisconsin Ave., NW, #204
Washington, DC 20007
Debtor
Via first class mail

Kevin D. Judd
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004
Attorney for the Debtor

Wendell W. Webster
Webster, Fredrickson, Correia & Puth
1775 K Street, NW
Suite 600
Washington, DC 20006
Trustee

**END OF ORDER**